# ELECTRONIC RECORD

641-15

COA # 02-14-00233-CR          OFFENSE: 49.04

STYLE: Jimmy Eugene Johns v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: DISM          TRIAL COURT: Criminal District Court No. 1

DATE: 04/23/15          Publish: NO          TC CASE #: 1332690D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jimmy Eugene Johns v. The State of Texas          CCA #: 641-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___☒ Refused___          JUDGE: _____

DATE: Nov. 18, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**